# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

RUSSELL LORTS, JR., CYNTHIA K JENCKS and MARIA R SACHS,

    Plaintiffs,

v.                                     Case No: 5:21-cv-19-JSM-PRL

JOHN STEPHEN LORTS and COLLEEN LORTS,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 18). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant Colleen Lorts's Motion to Dismiss (Dkt. 5) is granted in part.

3. Defendant John Stephen Lorts's Motion to Dismiss (Dkt. 6) is granted in part.

4. Plaintiffs shall perfect service on Defendants within thirty (30) days.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of July, 2021.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record